UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States of America,         :

          Plaintiff,    :

    v.                            :    CIVIL NO: 3:01CV1190 (DJS)

Daniel Testman,                   :

          Defendant.    :    January 7, 2004

### SATISFACTION OF JUDGMENT

The judgment in the above-captioned case has been paid in full, the Clerk of the United States District Court for the District of Connecticut is hereby authorized and empowered to satisfy and cancel said judgment of record.

                              RESPECTFULLY SUBMITTED,

                              KEVIN J. O'CONNOR
                              UNITED STATES ATTORNEY

                              CHRISTINE SCIARRINO
                              ASSISTANT UNITED STATES ATTORNEY
                              P. O. BOX 1824
                              NEW HAVEN, CT 06510
                              (203) 821-3700
                              FEDERAL NO. CT03393

### CERTIFICATION

This is to certify that a copy of the within and foregoing Satisfaction of Judgment was mailed, postage prepaid, on January 8, 2004.

Daniel Testman
13-1/2 Burwell Street
Norwalk, CT  06854

                              CHRISTINE SCIARRINO
                              ASSISTANT UNITED STATES ATTORNEY